ACCEPTED
12-15-00227-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/15/2015 3:36:53 PM
Pam Estes
CLERK

CASE NO. 12-15-00227-CV

IN THE

TWELFTH COURT OF APPEALS

TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/15/2015 3:36:53 PM
PAM ESTES
Clerk

C. AUBREY SMITH and JAMES D. VANDEVENTER          APPELLANTS

V.

A.B.S.H., LLC                                              APPELLEES

## JOINT NOTICE OF RESOULTUION AND MOTION TO STAY DEADLINES

COME NOW Appellants, C. AUBREY SMITH and JAMES D. VANDEVENTER, and Appellee, A.B.S.H, LLC and hereby notify the Court that the Parties attended mediation on December 14, 2015 and have reached a resolution in principle that will resolve the claims between them. Therefore, the parties request that all deadlines between them be stayed fourteen (14) days, up to and including Monday, December 28, 2015, so that the parties may finalize the terms of the agreement.

Vance E. Hendrix does not represent A.B.S.H., LLC, in this appeal, and has been retained only for purposes of mediation. Accordingly, the undersigned Vance E. Hendrix is not making an appearance in this appeal due to the limited nature of his representation, but acknowledges that A.B.S.H., LLC agrees to the statements contained herein.

Respectfully submitted December 15, 2015

WILSON, ROBERTSON & CORNELIUS, P.C.
One American Center
909 ESE Loop 323, Suite 400 [01]
P.O. Box 7339
Tyler, Texas 75711-7339
Telephone:  903/509-5000
Telecopier:  903/509-5091


By:___/s/Matthew T. Milam_____
  Matthew T. Milam
  State Bar No. 24065746
  mmilam@wilsonlawfirm.com
*Attorneys for Appellants C. Aubrey Smith*
*and James D. VanDeventer*


VANCE E. HENDRIX, PC
215 Winchester Drive, Suite 111
Tyler, Texas 75701
Telephone:  903.520.2609
Telefax:  903.705.7775



By:___/s/ Vance E. Hendrix_____
  Vance E. Hendrix
  State Bar No. 24050746
  vancehendrixpc@gmail.com
*Attorney for A.B.S.H., LLC, in connection with and*
*limited to mediation*


## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Rule 9.5, Texas Rules of Appellate Procedure, that a true and correct copy of the foregoing pleading was served upon all counsel electronically, through the electronic filing manager, on December 15, 2015.


  /s/ Matthew T. Milam_____
  MATTHEW T. MILAM


2